THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Rita Nicole Sutton,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-109
Submitted December 23, 2003  Filed 
 February 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Teresa A. Knox, Tommy Evans, Jr., J. Benjamin Aplin, all of 
 Columbia; for Respondent.
 
 
 

 PER CURIAM:  Rita Nicole Sutton 
 pled guilty to driving under the influence, second offense, failure to stop 
 for a blue light, possession of crack cocaine, and resisting arrest. The circuit 
 court sentenced her to: one-year imprisonment and payment of a $5,000 fine for 
 driving under the influence, suspended on service of ninety-days imprisonment, 
 probation of five years, and payment of a $1,000 fine; one-year imprisonment 
 for failure to stop for a blue light, suspended on service of ninety-days imprisonment 
 and probation of five years; five-years imprisonment and payment of a $5,000 
 fine for possession of crack cocaine, suspended on service of five-years probation, 
 and one-year imprisonment and payment of a $1,000 fine for resisting arrest, 
 suspended on service of five-years probation.  The sentences were to run concurrently.  
 Subsequently, Sutton was arrested for noncompliance with the terms of her probation, 
 and the circuit court revoked her probation, imposing the remainder of her suspended 
 sentence.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Suttons 
 counsel attached a petition to be relieved.  Sutton did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Suttons appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.